**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Reginald Jerome Dorsey, | ) | Case No. 1:24-cr-205 |
| | ) | |
| Defendant. | ) | |

On May 2, 2025, Defendant filed a motion requesting to be released into a residential treatment program at Summit Counseling ("Summit") n Stanton, North Dakota. (Doc. No. 166). On June 2, 2025, the court issued an order granting the motion and releasing Defendant to Summit. (Doc. No. 167). Defendant subsequently completed Summit's treatment program and transitioned to Summit Sober Living.

On April 22, 2026, Defendant filed a motion requesting the court to modify his release conditions to permit him to move out of Summit Sober Living and into the residence of his son, Jay Lee Davis, in Lincoln, North Dakota. (Doc. No. 260). He advises that Summit Sober Living will be closing on May 1, 2026, leaving him with no place to reside.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 166) and amends Defendant's release conditions as follows. Defendant is authorized to transition to and reside at his son's residence in Lincoln, North Dakota. Defendant shall not change his residence without the prior permission of the Pretrial Services Officer.  Defendant is placed in the third party custody of his son, Jay lee Davis, who agrees (1) to supervise Defendant in accordance with all conditions of release, (2) to use every effort to assure the appearance of Defendant at all scheduled court proceedings, and (3) to notify the Pretrial Services Officer

1

immediately in the event Defendant violates any conditions of release or disappears.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
